RECEIVED
APR 2 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Case #
03-14-670-
CV

To Third Court of appeals
Clerk Jeffrey D. Kyle.

I, Mary E. Allen is Writing
this letter to state that the
Company I had Starting Working
for made an Error on my
Direct Deposit Account, therefore
I want recieve my Final pay
that owed to me Until April 28th, 2015
I am very sorry for the error,
which occured. I will most definitely
get those Court Reporter Record Certified
along with Clerk record to you all
Third Court of appeals no later than
Wednesday April 29th, 2015 giving
my self time between getting the
fund from the Account and paying for
the documents to be Certified and
sent to you all Third Court of appeals

                    Mary E. Allen
                    4/24/2015 (12:49)
                                    time
                    address General Delivery
                    823 Congress StE 150
                    Austin, Texas 78701
                    to recieved any mail from
                    third Court of appeals
                    quicker Mail to
Mary E. Allen General Delivery 823
        Congress StE, 150 Austin
                Texas 78767